FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUL 12 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE FUENTES,

            Plaintiff,

   -against-

JAMAICA COLOSSEUM MALL, also known
as Jamaica Colloseum Mall,

            Defendant.

------------------------------------------------------------------X

**ORDER**

09-CV-3276 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

      On November 4, 2011, the court referred the defendant's motion for summary judgment to Magistrate Judge Lois Bloom for a report and recommendation. (See Docket Entry # 43.) Judge Bloom issued her report and recommendation ("R&R") on June 5, 2012, in which she recommended that the motion be denied. (See Docket Entry # 44.)

      Neither party has objected the R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). The court therefore reviews the R&R for clear error, see La Torres v. Walker, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000); Gesualdi v. Mack Excavation & Trailer Serv., Inc., No. 09-CV-2502 (KAM) (JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010); cf. 28 U.S.C. § 636(b)(1)(C) (requiring the court to review those portions of the report to which objections are made de novo), and, finding none, ADOPTS the R&R in its entirety.

      Accordingly, the defendant's motion for summary is DENIED. The parties are directed contact the court deputy to schedule a pre-trial conference.

SO ORDERED.

Dated: Brooklyn, New York
       July _9_, 2012

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge